UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In re:                                                                  Case No. 14-33292-dof

**HILL RD HOTEL, LLC**                                      Chapter 11

    Debtor.                                                              Hon. Daniel S. Opperman
_____/

### ORDER RESOLVING U.S. TRUSTEE'S MOTION TO CONVERT
### AND ALLOWING FOR VOLUNTARY DISMISSAL AND CASE CLOSING

**THIS MATTER** came before the Court on the United States Trustee's Motion to Convert the Case (Docket #29). All parties in interest have received notice of this Motion. A hearing was held on February 25, 2015. However, prior to the Hearing, the parties stipulated and agreed to entry of this order, which resolves the Motion of the United States Trustee. Said agreement was placed on the record. The Court being otherwise fully advised in the premises;

**NOW THEREFORE**,

**IT IS ORDERED** that the United States Trustee's Motion to Convert the Case is hereby resolved subject to the Debtor filing its delinquent Monthly Operating Reports and paying all quarterly fees owed to the United States pursuant to 28 U.S.C. § 1930(a).

IT IS ORDERED that the Court will retain jurisdiction over the payment of quarterly fees, disbursement reports, and fee application requests.

**IT IS FURTHER ORDERED** that this chapter 11 case will be dismissed upon affidavit by counsel for the United States Trustee stating that the Debtor has filed delinquent financials and paid all outstanding quarterly fees.

.

**Signed on March 24, 2015**

                                                **/s/ Daniel S. Opperman**
                                                **Daniel S. Opperman**
                                                **United States Bankruptcy Judge**