UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 14-33292-dof

**HILL RD HOTEL, LLC**                          Chapter 11

        Debtor.                                 Hon. Daniel S. Opperman

_____/

### ORDER DISMISSING PROCEEDING

**THIS MATTER** came before the Court upon the Motion of the U.S. Trustee to convert the above entitled proceeding. An *Order Resolving U.S. Trustee's Motion to Convert and Allowing for Voluntary Dismissal and Case Closing* was entered on March 24, 2015, Docket #43. On May 6, 2015 the United States Trustee filed his Affidavit of Compliance with Order Resolving U.S. Trustee's Motion to Convert and Allowing for Voluntary Dismissal and Case Closing, Docket #50, Accordingly,

        **IT IS ORDERED** that this case is **DISMISSED**.
                                            .

Signed on June 18, 2015

                              /s/ Daniel S. Opperman
                              Daniel S. Opperman
                              United States Bankruptcy Judge